RECEIVED
IN LAKE CHARLES, LA

OCT 31 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KEVIN L. WEATHERALL | : | DOCKET NO. 04-1766 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED, ADJUDGED, and DECREED that judgment be, and it is hereby entered in favor of defendant, Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff, Kevin L. Weatherall, dismissing plaintiff's claims with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27 day of Oct, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE